# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JOHN HAMATIE,

               **Plaintiff,**

-vs-                                                                     **Case No.  6:06-cv-817-Orl-18KRS**

LOUISVILLE LADDER, INC.,
               **Defendant.**

_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

    This cause came on for consideration without oral argument on the following documents:

| MOTION: | DEFENDANT, LOUISVILLE LADDER, INC.'S OBJECTION TO PLAINTIFF'S BILL OF COSTS (Doc. No. 85) |
|---|---|
| FILED: | November 16, 2007 |

THEREON it is RECOMMENDED that the objection be DENIED as moot because an amended bill of costs and objections to the amended bill of costs were subsequently filed.

| MOTION: | DEFENDANT, LOUISVILLE LADDER, INC.'S OBJECTION TO PLAINTIFF'S AMENDED BILL OF COSTS (Doc. No. 89) |
|---|---|
| FILED: | November 21, 2007 |

THEREON it is RECOMMENDED that the objection be GRANTED in part and DENIED in part.